UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERROL S. BELL,

                       Plaintiff,

            -against-

CITY OF NEW YORK—HRA; MONICA
EALEY; KAROLYN AGUERO; ROCHELLE
SORANO,

                   Defendants.

26-CV-4593 (JLR)

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, alleging that his employer discriminated against him based on his sex. He also asserts a common law claim of defamation. The Court liberally construes the complaint as asserting additional claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219, and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. Plaintiff names as defendants: (1) City of New York—HRA; (2) Monica Ealey; (3) Karolyn Aguero; and (4) Rochelle Sorano. He seeks unspecified relief.

By order dated June 10, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* (IFP)—that is, without prepayment of fees. For the reasons that follow, the Court directs service on Defendants.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the assistance of the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court

shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summonses and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

3

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    June 16, 2026
          New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.  City of New York—HRA
    New York City Law Department
    100 Church Street
    New York, NY 10007

2.  Monica Ealey
    New York City Human Resources Administration
    109 East 16th Street
    New York, NY 10003

3.  Karolyn Aguero
    New York City Human Resources Administration
    109 East 16th Street
    New York, NY 10003

4.  Rochelle Sorano
    New York City Human Resources Administration
    109 East 16th Street
    New York, NY 10003